## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      \*
     \*

v.      \*      CASE NO.   MAG. NO. 21-7110(KMW)

     \*

GABRIELLE GEHOUSKEY      \*
     \*

     \*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     [ ] Other:

Date: October 26, 2021            _Sharon A. King_

                                 SHARON A. KING
                                 United States Magistrate Judge